# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

DEFENDERS OF WILDLIFE,

        Plaintiff,

    v.

DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al*.,

        Defendants,

    and

STATE OF ALASKA,

        Intervenor-Defendant.

Case No.3:25-cv-00319-SLG

## ORDER EXTENDING BRIEFING DEADLINES

Defendants' and Intervenor-Defendant's Unopposed Motion to Extend Briefing Deadlines at Docket 25 is GRANTED. Accordingly, IT IS ORDERED that the remaining briefing deadlines in the Court's Order on Motion Seeking Leaving of Obligation to File and Answer and Adopt Proposed Case Management Order at Docket 19 are extended by two weeks, as set out below:

1. **April 6, 2026** – Defendants and Intervenor-Defendant will file responsive summary judgement briefs, subject to the word count limits previously established at Docket 19.

2. **April 20, 2026** – Plaintiffs will file a reply as provided by the Local Civil Rule 16.3 (c).

DATED this 24th day of March, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE