# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF HOOPER BAY, *et al.*,

        Plaintiffs,

        v.

DOUG BURGUM, *in his official capacity as Secretary of the U.S. Department of the Interior*, *et al.*,

        Defendants,

        v.

STATE OF ALASKA,

        Intervenor-Defendant.

Case No. 3:25-cv-00316-SLG

---

FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*,

        Plaintiffs,

        v.

DOUG BURGUM, *in his official capacity as Secretary of the U.S. Department of the Interior*, *et al.*,

        Defendants,

        v.

STATE OF ALASKA,

        Intervenor-Defendant.

Case No. 3:25-cv-00318-SLG

DEFENDERS OF WILDLIFE,

        Plaintiff,

        v.

DOUG BURGUM, *in his official capacity as Secretary of the U.S. Department of the Interior*, et al.,

        Defendants,

        v.

STATE OF ALASKA,

        Intervenor-Defendant.

Case No. 3:25-cv-00319-SLG

## ORDER ON MOTIONS FOR A DECISION BY JULY 15, 2026

Before the Court are Motions for a Decision by July 15, 2026 filed by Plaintiffs[1] in the above captioned cases.[2] Plaintiffs request decisions on their Motions for Summary Judgment by July 15, 2026 based on their belief that construction of the Izembek road could commence at the beginning of August 2026.[3] Intervenor-Defendant State of Alaska responded in opposition stating that

---

[1] In Case No. 3:25-cv-00316-SLG [hereinafter, Case No. 316], Plaintiffs are Native Village of Hooper Bay, Native Village of Paimiut, Chevak Native Village, and Center for Biological Diversity. In Case No. 3:25-cv-00318-SLG [hereinafter, Case No. 318], Plaintiffs are Friends of Alaska National Wildlife Refuges, Alaska Wilderness League, National Wildlife Refuge Association, Sierra Club, and Wilderness Watch. In Case No. 3:25-cv-00319-SLG [hereinafter, Case No. 319], Plaintiff is Defenders of Wildlife.

[2] *See* Docket 32 (Case No. 316); Docket 32 (Case No. 318); Docket 38 (Case No. 319).

[3] Docket 32 at 3 (Case No. 316); Docket 32 at 3 (Case No. 318); Docket 38 at 3 (Case No. 319).

Case No. 3:25-cv-00316, *Native Village of Hooper Bay, et al. v. Burgum, et al.*;
Case No. 3:25-cv-00318, *Friends of Alaska National Wildlife Refuges, et al v. Burgum, et al.*;
Case No. 3:25-cv-00319, *Defenders of Wildlife v. Burgum, et al.*
Order on Motions for a Decision by July 15, 2026
Page 2 of 3

the August 2026 construction start date is "tentative and conditional" upon a Clean Water Act Section 404 permit from U.S. Army Corps of Engineers.[4]  On July 10, 2026, Plaintiffs filed notices in each of these cases stating that the Clean Water Act Section 404 permit had been issued to the Alaska Department of Transportation and Public Facilities on July 9, 2026.[5]

The Court appreciates the time-sensitive nature of these matters and intends to issue a decision on the pending Motions for Summary Judgment at the earliest feasible time, but it will not be issued today, July 15, 2026.  In the meantime, consistent with prior representations to the Court,[6] Defendant King Cove Corporation and Intervenor-Defendant the State of Alaska shall provide the Court with an anticipated construction timeline for the Izembek road by **July 17, 2026**.

Accordingly, Plaintiffs' Motions for a Decision by July 15, 2026 are **DENIED**.

IT IS SO ORDERED this 15th day of July, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[4] *See* Docket 33 at 3-4 (Case No. 316); Docket 33 at 3-4 (Case No. 318); Docket 40 at 3-4 (Case No. 319).

[5] *See* Docket 37 (Case No. 316); Docket 37 (Case No. 318); Docket 44 (Case No. 319).

[6] *See* Docket 17 at 3 (Case No. 316) ("Should the U.S. Army Corps of Engineers issue a permit under Section 404 of the Clean Water Act concerning future road construction on the exchanged lands, KCC and the State of Alaska agree to update the Court with the anticipated construction timeline within one week of that permit issuing."); Docket 18 at 3 (Case No. 318) (same); Docket 25 at 3 (Case No. 319).

Case No. 3:25-cv-00316, *Native Village of Hooper Bay, et al. v. Burgum, et al.*;
Case No. 3:25-cv-00318, *Friends of Alaska National Wildlife Refuges, et al v. Burgum, et al.*;
Case No. 3:25-cv-00319, *Defenders of Wildlife v. Burgum, et al.*
Order on Motions for a Decision by July 15, 2026
Page 3 of 3