# UNITED STATES DISTRICT COURT
for the
District of Alaska

DEFENDERS OF WILDLIFE,
*Plaintiff,*
v.

DOUG BURGUM, *in his official capacity as Secretary of the U.S. Department of the Interior, et al.,*
*Defendants,*

v.

STATE OF ALASKA,
*Intervenor-Defendant.*

Civil Action No. 3:25-cv-00319-SLG

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Secretary's Decision approving the Land Exchange between the Secretary and King Cove Corporation dated October 21, 2025 is VACATED for the reasons set forth in the Decision and Order filed on August 18, 2026.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: August 19, 2026

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*