Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 26-6484 |
| Originating Case Number: | 3:25-cv-00319-SLG |
| Case Title: | Defenders of Wildlife v. Burgum, et al. |

**10/7/2026**

| | |
|---|---|
| Brian Nesvik | Mediation Questionnaire due |
| Doug Burgum | Mediation Questionnaire due |

**10/16/2026**

| | |
|---|---|
| Defenders of Wildlife | Corporate Disclosure Statement due |
| Doug Burgum | Corporate Disclosure Statement due |
| Brian Nesvik | Corporate Disclosure Statement due |

**11/12/2026**

| | |
|---|---|
| Doug Burgum | Appeal Opening Brief (No Transcript Due) |
| Brian Nesvik | Appeal Opening Brief (No Transcript Due) |

**12/14/2026**

| | |
|---|---|
| Defenders of Wildlife | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**